

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, N.Y. 10278-0001

CHAMBERS OF
Jennifer Choe-Groves
Judge

June 9, 2021

**Via CM/ECF**

Re:   Uttam Galva Steels Ltd. v. United States
      Court No. 19-00106

Dear Counsel:

The U.S. Court of Appeals for the Federal Circuit issued an opinion affirming this court's judgment in Uttam Galva Steels Ltd. v. United States, Court No. 16-00162. Uttam Galva Steels Ltd. v. United States, Appeal No. 20-1461, 2021 WL 1940244 (Fed. Cir. May 14, 2021).

The court had stayed this matter, Court No. 19-00106, pending the appeal of Court No. 16-00162 and the Parties were to provide a joint status report no later than fourteen (14) days after a final and conclusive decision in the above-referenced appeal by May 28, 2021, which passed without the Parties filing such status report. Order, ECF No. 29.

Accordingly, the Parties shall confer and file a joint status report on or before June 23, 2021 addressing whether the Parties consent to dismissal of this matter in light of the decision in the above-referenced appeal. If the Parties are unable to agree upon a joint status report, then each Party shall file a status report by June 23, 2021, and contact Case Manager, Geoffrey Goell, by telephone at (212) 264-2973 or via e-mail at geoffrey_goell@cit.uscourts.gov to arrange a status conference with the court.

Thank you for your assistance and cooperation.

Very truly yours,

/s/  Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

Cc:   Geoffrey Goell
      For Docketing

Counsel of Record