| | |
|---|---|
| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 8A |

|  |  |  |
|---|---|---|
| UTTAM GALVA STEELS LIMITED, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | |
| THE UNITED STATES, | ) ) | Court No. 19-00106 |
| *Defendant*, and | ) ) ) ) | |
| STEEL DYNAMICS INC., | ) ) ) | |
| *Defendant-Intervenor*. | ) ) | |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: **June 23, 2021**

**/s/ John M. Gurley**
John M. Gurley
Aman Kakar
Arent Fox LLP
1717 K Street, N.W.
Washington, DC 20006
Tel: (202) 857-6301

*Counsel for Plaintiff Uttam Galva Steels Limited.*


BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

**/s/ Claudia Burke**

                                      CLAUDIA BURKE
                                      Assistant Director

**/s/ Mollie L. Finnan**
MOLLIE L. FINNAN
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480
Ben Franklin Station
Washington, D.C. 20044
Email: Mollie.L.Finnan@usdoj.gov
Telephone: (202) 353-0897

*Attorneys for Defendant*

Dated:  June 23, 2021

**/s/ Paul w. Jameson**
ROGER B. SCHAGRIN
PAUL W. JAMESON
SCHAGRIN ASSOCIATES
900 7th Street, N.W.
Suite 500
Washington, D.C. 20001
Telephone: (202) 223-1700

*Attorneys for Defendant-Intervenor Steel Dynamics, Inc.*

Dated:  June 23, 2021

**SCHEDULE TO STIPULATION OF DISMISSAL**

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| Court No. 19-00106 | Uttam Galva Steels Limited |

**ORDER OF DISMISSAL**

  This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____

             Clerk, U. S. Court of International Trade

             By: _____
                Deputy Clerk

(As added Dec. 18, 2001, eff. A pr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)